FILED '07 JUN 20 15:45 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GLORIA D. WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE, Commissioner,<br>Social Security Administration,<br><br>    Defendant. | Case No. CV 06-1733-AA<br><br>**ORDER AWARDING FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $855.25 are awarded to plaintiff, Gloria Wilson, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and costs in the amount of $350.00 are awarded to plaintiff, Gloria Wilson, pursuant to 28 U.S.C. 1920.

IT IS SO ORDERED.

DATED: June 16, 2007

*Ann Aiken*
Ann L. Aiken
United States District Court Judge

Presented by:

/s/ George J. Wall
George J. Wall, OSB # 934515
Attorney for Plaintiff
1336 E. Burnside St., Suite 130
Portland OR 97214
(503)236-0068
Z:\Wilson,gloria\EAJA Fee Order.doc

Page 1 – ORDER AWARDING FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT